*E-FILED: August 21, 2013*

1 LAW OFFICES OF DAWN CEIZLER
DAWN CEIZLER, Bar No. 214873
2 1990 N. California Blvd., Suite 305
Walnut Creek, CA 94596
3 Telephone: (925) 932-8225
Facsimile: (925) 226-4849
4
Attorney for Plaintiff
5 Pacific Gas and Electric Company

6                    UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8

9 PACIFIC GAS AND ELECTRIC                )   Case No. CV13-1043-HRL
COMPANY, a California Company            )
10                                        )
                                          )
11              Plaintiff.                )   **STIPULATION TO EXTEND**
                                          )   **DEADLINE FOR COMPLETION OF**
        vs.                               )   **ALTERNATIVE DISPUTE**
12                                        )   **RESOLUTION; PROPOSED ORDER**
SIMON PROPERTY GROUP, INC. and           )
13 DOES 1-10, inclusive,                  )
                                          )   **Current Deadline:  September 18, 2013**
14              Defendants.               )   **Proposed New Date:  October 18, 2013**
                                          )
15 _____)

16         Pursuant to Civil L.R. 5-5, the parties represent as follows:

17             The parties attempted to timely exchange their initial disclosures pursuant to the

18 joint case management statement filed in this matter. Both firms have had issues with their mail

19 and due to an unknown reason, Defendant's initial disclosure production was not received until

20 August 17, 2013. Both parties agree that in order to properly present their case to the Early

21 Neutral Evaluator, they will need to conduct some preliminary discovery, including depositions.

22 Plaintiff is unprepared to make determinations as to which depositions and/or discovery to

23 conduct until it has had the opportunity to review the initial disclosures. Given that the Early

24 Neutral Evaluator has requested statements be provided ten (10) days before the hearing, such

25 would require the parties to complete the initial disclosures and preliminary discovery by

26 September 8, 2013. Neither party believes this is possible in light of their current obligations and

27 both feel such initial discovery is necessary to make the Early Neutral Evaluation as meaningful

28 as possible.

1          The parties conducted their initial telephonic session with the Early Neutral

2   Evaluator on August 16, 2013 and they agreed that a short continuance through October 18, 2013

3   would be appropriate and the Early Neutral Evaluator, Samuel Barnum, also agreed that such was

4   reasonable.

5          IT IS HEREBY STIPULATED that the current deadline of September 18, 2013

6   for completion of alternative dispute resolution should be continued until October 18, 2013.

7

8   Dated: August 20, 2013

9                                         Samuel S. Baxter, Esq.
                                          Counsel for Defendant Simon Property Group, Inc.
10

11  Dated: August 20, 2013

                                          Dawn Ceizler, Esq.
12                                        Counsel for Plaintiff Pacific Gas and Electric
                                          Company
13

14

15          The stipulation of the parties having been considered by the Court, and good cause

16  appearing,

17          IT IS SO ORDERED

18  Dated: August 21 2013

19                                        Howard R. Lloyd
                                          United States Magistrate Judge
20

21

22

23

24

25

26

27

28

- 2 -