*E-FILED: August 21, 2013*

1  LAW OFFICES OF DAWN CEIZLER
   DAWN CEIZLER, Bar No. 214873
2  1990 N. California Blvd., Suite 305
   Walnut Creek, CA 94596
3  Telephone: (925) 932-8225
   Facsimile: (925) 226-4849
4
   Attorney for Plaintiff
5  Pacific Gas and Electric Company

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8

9  PACIFIC GAS AND ELECTRIC            )   Case No. CV13-1043-HRL
   COMPANY, a California Company       )
10                                     )
                                       )
11            Plaintiff.               )   STIPULATION TO EXTEND
        vs.                            )   DEADLINE FOR COMPLETION OF
12                                     )   ALTERNATIVE DISPUTE
   SIMON PROPERTY GROUP, INC. and      )   RESOLUTION; ~~PROPOSED~~ ORDER
13 DOES 1-10, inclusive,               )
                                       )   Current Deadline: September 18, 2013
14            Defendants.              )   Proposed New Date: October 18, 2013
                                       )
15 ─────────────────────────────────────

16         Pursuant to Civil L.R. 5-5, the parties represent as follows:

17         The parties attempted to timely exchange their initial disclosures pursuant to the

18 joint case management statement filed in this matter. Both firms have had issues with their mail

19 and due to an unknown reason, Defendant's initial disclosure production was not received until

20 August 17, 2013. Both parties agree that in order to properly present their case to the Early

21 Neutral Evaluator, they will need to conduct some preliminary discovery, including depositions.

22 Plaintiff is unprepared to make determinations as to which depositions and/or discovery to

23 conduct until it has had the opportunity to review the initial disclosures. Given that the Early

24 Neutral Evaluator has requested statements be provided ten (10) days before the hearing, such

25 would require the parties to complete the initial disclosures and preliminary discovery by

26 September 8, 2013. Neither party believes this is possible in light of their current obligations and

27 both feel such initial discovery is necessary to make the Early Neutral Evaluation as meaningful

28 as possible.

1         The parties conducted their initial telephonic session with the Early Neutral Evaluator on August 16, 2013 and they agreed that a short continuance through October 18, 2013 would be appropriate and the Early Neutral Evaluator, Samuel Barnum, also agreed that such was reasonable.

        IT IS HEREBY STIPULATED that the current deadline of September 18, 2013 for completion of alternative dispute resolution should be continued until October 18, 2013.

Dated: August 20, 2013

*Samuel S. Baxter*
Samuel S. Baxter, Esq.
Counsel for Defendant Simon Property Group, Inc.

Dated: August 20, 2013

*Dawn Ceizler*
Dawn Ceizler, Esq.
Counsel for Plaintiff Pacific Gas and Electric Company

        The stipulation of the parties having been considered by the Court, and good cause appearing,

        IT IS SO ORDERED

Dated: August 21 2013

Howard R. Lloyd
United States Magistrate Judge

- 2 -
STIPULATION TO EXTEND ADR DEADLINE CV:13-1043